NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## ANTONIO CARLOS BATISTA DA SILVA, VANIA GONCALVES DA SILVA, AND LUCAS GONCALVES DA SILVA,
*Petitioners,*

v.

## ERIC HOLDER, ATTORNEY GENERAL,
*Respondent.*

---

2012-3003

---

On petition for review of an order of the Board of Immigration Appeals, Agency No. AO88-620-740, AO88-620-741, and AO88-620-742.

---

Before LOURIE, PROST, and MOORE, *Circuit Judges.*

PER CURIAM.

### ORDER

The parties were directed to show cause why this petition for review of an order of the Board of Immigration Appeals should not be transferred the United States Court of Appeals for the Eleventh Circuit. The government responded and argued that the petition should be transferred; Petitioners did not respond.

Pursuant to 8 U.S.C. § 1252(b)(2), a petition for review of an order of the Board of Immigration Appeals "shall be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." The removal proceedings at issue in this case were conducted in Miami, Florida. Thus, we transfer to the Eleventh Circuit.

Accordingly,

IT IS ORDERED THAT:

This petition is transferred to the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

FEB 06 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Antonio Carlos Batista Da Silva
Vania Goncalves Da Silva
Lucas Goncalves Da Silva
Jeanne E. Davidson, Esq.
Office of Immigration Litigation, Appellate Section, P.O. Box 8178, Ben Franklin Station, Washington, DC 20044
Eric Holder, Esq.
DHS/ICE Office Of Chief Counsel, Mia, 333 South Miami Ave., Suite 200, Miami Fl 33130
Jeffery R. Leist, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 06 2012

JAN HORBALY
CLERK